UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT PIKE,

        Plaintiffs,

    v.

DOUBLE L. INC., et al.,

        Defendants.
_____/

NO. CIV. S-03-2030 FCD/PAN

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of counsel for the plaintiff in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before July 1, 2005.  All dates set in this matter are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: May 27, 2005

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, JR.
                              United States District Judge